UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:
NEIL H. SAUNDERS,                                Chapter 11
         DEBTOR.                                 Case No. 11-12960-WCH

**ORDER**

In accordance with the Memorandum of Decision of even date, the Court approves the transmission of the Plan Preference Form to all classes under each plan.

                                                                 _____
                                                                 William C. Hillman
                                                                 United States Bankruptcy Judge
                                                                 Of the District of Massachusetts
                                                                 Sitting by Designation

Dated: January 16, 2013